AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

The New York Times Company et al.
*Plaintiff*
v.
U.S. Immigration and Customs Enforcement
*Defendant*

Case No. 26-cv-7883

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The New York Times Company .

Date: 11/10/2026

/s/ Courtney C. Douglas
*Attorney's signature*

Courtney C. Douglas | No. 6365852
*Printed name and bar number*

620 Eighth Avenue
New York, New York 10018
*Address*

courtney.douglas@nytimes.com
*E-mail address*

(212) 556-4031
*Telephone number*

*FAX number*

Print Save As... Reset